IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| J. F. BRENNAN COMPANY, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 19-cv-186-wmc |
| | ) |
| NAVIGATORS INSURANCE COMPANY; | ) |
| TRAVELERS PROPERTY CASUALTY | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| **Defendants.** | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff J.F. Brennan Company, Inc. and Defendants Navigators Insurance Company and Travelers Property Casualty Company of America, by and through their undersigned attorneys, stipulate that all matters and controversies between them as alleged in Plaintiff's Complaint and First Amended Complaint have been fully compromised and settled, and therefore this case should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

 GOLDSTEIN and PRICE, L.C.
 and Robert Nienhuis (admitted *pro hac vice*)
 and Neal W. Settergren (admitted *pro hac vice*)
 and Giles Howard (admitted *pro hac vice*)

 By:  /s/ Robert Nienhuis
  One Memorial Drive, Suite 1000
  St. Louis, MO 63102
  Telephone: (314) 516-1700
  Facsimile: (314) 421-2832
  robert@gp-law.com
  neal@gp-law.com
  giles@gp-law.com

 Attorneys for Plaintiff
 J. F. Brennan Company, Inc.

/s/ Christina A. Katt
CHRISTINA A. KATT
State Bar No.: 1073979
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Phone: 414-276-8816
Fax: 414-276-8819
Christina.katt@wilsonelser.com

Attorneys for Defendant
Navigators Insurance Company


O'MEARA, LEER, WAGNER & KOHL, P.A.
By: s/ Lance D. Meyer
Dale O. Thornsjo (MN #162048)
E-Mail: DOThornsjo@OLWKLaw.com
Lance D. Meyer (MN #393073, WI #1113779)
E-Mail: LDMeyer@OLWKLaw.com
7401 Metro Boulevard, Suite 600
Minneapolis, MN 55439-3034
Telephone: (952) 831-6544

Attorneys for Defendant
Travelers Property Casualty Company of America